# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-00212-1 |
| | ) | CHIEF JUDGE CRENSHAW |
| DARRELL WAYNE LUCK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendant's Unopposed Motion for Early Termination of Supervised Release. (Doc. No. 4.) He is currently on supervised release after pleading guilty to conspiracy to distribute and possess with intent to distribute in excess of 1,000 kilograms of marijuana and money laundering. (Doc. No. 2-4 at 1.) On September 13, 2010, United States District Court Judge Thomas W. Phillips sentenced Defendant to serve eighty-four months in the Bureau of Prisons, followed by five years on supervised release. (Doc. No. 2-4.) On February 13, 2015, Defendant began his term of supervised release. (Doc. No. 1.) He has not had any violations of his conditions of supervised release and appears to have successfully transitioned back into the community. His supervised release is currently scheduled to terminate on February 12, 2020. The Government does not oppose early termination (Doc. No. 7), and the Court contacted Defendant's Probation Officer Jon Hahn, who concurs with Defendant's Motion.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release

. . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

The Court has considered all the factors listed in § 3583(e)(1), and the interest of justice warrants ending his term of supervised release at this time. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. No. 4) is **GRANTED**. Defendant's term of supervised release is **TERMINATED**.

IT IS SO ORDERED.

                                                                      _____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE